# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-09348 -3F7  
**Case Name:** RUBIN, JAY JONAS  

**Period Ending:** 06/30/12

**Trustee:** (290740)   ALEXANDER G. SMITH  
**Filed (f) or Converted (c):** 12/30/11 (f)  
**§341(a) Meeting Date:** 02/07/12  
**Claims Bar Date:** 05/07/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7327 SE 12TH CIRCLE, OCALA, FL  34480 | 800,000.00 | 156,430.00 | DA | 0.00 | FA |
| 2 | 6690 SW 18TH TERRACE ROAD, OCALA, FL | 400,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | PORTION OF CIRCLE SQUARE WOODS, OCALA, FL PER AMENDED SCHEDULE A | 50,000.00 | 50,000.00 | | 0.00 | 0.00 |
| 4 | MONEY MARKET ACCOUNT AT RAYMOND JAMES | 64,051.00 | 64,051.00 | DA | 0.00 | FA |
| 5 | COMMUNITY BANK AND TRUST SAVINGS ACCOUNT | 17,913.00 | 0.00 | DA | 0.00 | FA |
| 6 | REGIONS BANK ACCOUNT (FUNDS IN ACCOUNT FROZEN) | 8,000.00 | 8,000.00 | DA | 0.00 | FA |
| 7 | REGIONS CHECKING ACCOUNT | 10,132.00 | 0.00 | DA | 0.00 | FA |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS | 1,330.00 | 1,000.00 | DA | 0.00 | FA |
| 9 | 50 ANTIQUE RADIOS (1/2 INTEREST W/WIFE) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | CLOTHING | 100.00 | 100.00 | DA | 0.00 | FA |
| 11 | JEWELRY | 110.00 | 110.00 | DA | 0.00 | FA |
| 12 | HOBBY EQUIPMENT (1/2 INTEREST W/WIFE) | 1,225.50 | 1,225.50 | DA | 0.00 | FA |
| 13 | RAYMOND JAMES FINANCIAL SERVICES IRA | 417,060.00 | 0.00 | DA | 0.00 | FA |
| 14 | FPP INVESTMENTS, LLC (OWNED BY DEBTOR AND SPOUSE | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | FLORIDA PROFESSIONAL PARK, LLC (OWNED BY | 200,000.00 | 0.00 | DA | 0.00 | FA |

Printed: 07/30/2012 03:48 PM    V.13.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-09348 -3F7
**Case Name:** RUBIN, JAY JONAS

**Period Ending:** 06/30/12

**Trustee:** (290740) ALEXANDER G. SMITH
**Filed (f) or Converted (c):** 12/30/11 (f)
**§341(a) Meeting Date:** 02/07/12
**Claims Bar Date:** 05/07/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | DEBTOR | | | | | |
| 16 | MILTON GROUP PROPERTIES, INC (DEBTOR OWNS A 19.1 | 72,580.00 | 72,580.00 | DA | 0.00 | FA |
| 17 | CNSI, LLC - (OWNED BY DEBTOR AND SPOUSE AS TENAN | 10.00 | 0.00 | DA | 0.00 | FA |
| 18 | SCHROEDER, LLC - (40% OWNED BY DEBTOR AND SPOUSE | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | EXTREME IMPACT SHUTTER SUPPLY, INC (20% INTEREST | 10.00 | 0.00 | DA | 0.00 | FA |
| 20 | EASY STREET, INC (OWNED BY DEBTOR AND SPOUSE AS | 10.00 | 0.00 | DA | 0.00 | FA |
| 21 | ESGP, INC. - OWNS 80% OF OCALA EASY STREET FUN C | 10.00 | 10.00 | DA | 0.00 | FA |
| 22 | OCALA EASY STREET FAMILY FUN CENTER, LTD - PROPE | 10.00 | 0.00 | DA | 0.00 | FA |
| 23 | NEUROHEALTH, INC. - OWNS NAME ONLY (OWNED BY DEB | 10.00 | 0.00 | DA | 0.00 | FA |
| 24 | JAY J RUBIN, MD PA - PRACTICE INCLUDING BANK ACC | 37,000.00 | 37,000.00 | DA | 0.00 | FA |
| 25 | INNOVATION TECHNOLOGIES INC - PRIVATE CORP - | 100,000.00 | 0.00 | DA | 0.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-09348 -3F7  
**Case Name:** RUBIN, JAY JONAS  

**Period Ending:** 06/30/12

**Trustee:** (290740)   ALEXANDER G. SMITH  
**Filed (f) or Converted (c):** 12/30/11 (f)  
**§341(a) Meeting Date:** 02/07/12  
**Claims Bar Date:** 05/07/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | OWN |  |  |  |  |  |
| 26 | INNOVATION TECHNOLOGIES INC - PRIVATE CORP - OWN | 40,000.00 | 40,000.00 | DA | 0.00 | FA |
| 27 | 2003 CHEVROLET SUBURBAN (JOINT W/WIFE - TOTAL VA | 2,750.00 | 1,750.00 |  | 0.00 | 0.00 |
| 28 | 1989 BMW 355I (14,330 MILES) (JOINT W/WIFE) | 2,050.00 | 2,050.00 |  | 0.00 | 0.00 |
| 29 | 2006 HYUNDAI SONATA (65,501 MILES) | 4,500.00 | 4,500.00 |  | 0.00 | 0.00 |
| 30 | 1976 TRIUMPH TRG (205,430 MILES) | 4,000.00 | 4,000.00 |  | 0.00 | 0.00 |
| 31 | PER SOFA SOLD ANTIQUE ITEMS TO TURKEY CREEK AUCT | 0.00 | 0.00 | DA | 0.00 | FA |
| 31 | **Assets**    Totals  (Excluding unknown values) | **$2,249,861.50** | **$442,806.50** |  | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

OBJ/X pending (negotiating with debtor pending)  
2011 TAX RETURN -extension rec'd  
CLAIMS:  being examined

7/25/12 Application to employ Steve Vanderwilt, CPA; 5/23/12 2nd request letter to debtor requesting 2011 TXR; 3/27/12 letter to Jay Brown to represent AGS; 3/2/12 Order to employ Peter Mocke appraiser; 2/2/12 email to Jay Brown re filing Objection to Exemptions for Trustee, Appl to employ Peter Mocke Appraiser and letter to debtor's atty advising of appraisal and requesting 2011 tax return; 1/24/12 Order to employ Jacob Brown Special Attny; 1/24/12 Order on Application to Employ Jacob Brown; 1/20/12 Application to employ Jacob Brown

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 11-09348 -3F7 | **Trustee:** | (290740) | ALEXANDER G. SMITH |
|---|---|---|---|---|
| **Case Name:** | RUBIN, JAY JONAS | **Filed (f) or Converted (c):** | 12/30/11 (f) | |
| | | **§341(a) Meeting Date:** | 02/07/12 | |
| **Period Ending:** | 06/30/12 | **Claims Bar Date:** | 05/07/12 | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**  May 30, 2013          **Current Projected Date Of Final Report (TFR):**  May 30, 2013