UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

JAY JONAS RUBIN,                    Case No.: 3:11-bk-09348-JAF

      Debtor.                         Chapter 7

_____/

**NOTICE OF TRUSTEE'S INTENTION TO ABANDON PROPERTY OF THE ESTATE**

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on Jacob A. Brown, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 3100, Jacksonville, FL 32202; Alexander G. Smith, Chapter 7 Trustee, 2601 University Blvd., West, Jacksonville, FL 32217; and U.S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the Trustee intends to abandon the following property of the estate:

> Section 01 TWP 16 RGE 21, Plat Book V, Page 60,
> The Summit II, BLK B, LOT 7
> (Address: 6690 SW 18th Terrace Road, Ocala, FL
> 34476)

(the "Property").

The Trustee intends to abandon the Property because the Property appears fully encumbered and is of inconsequential value to the bankruptcy estate. If no objections are timely filed, the Property will be deemed abandoned without further notice or order.

{25477917;1}

Dated: November 28, 2012.	AKERMAN SENTERFITT

By: /s/ Jacob A. Brown
    Jacob A. Brown
    Florida Bar No.: 0170038
    Email: jacob.brown@akerman.com
    Christian P. George
    Florida Bar No.: 41055
    Email: christian.george@akerman.com
    50 North Laura Street, Suite 3100
    Jacksonville, FL  32202
    Telephone:  (904) 798-3700
    Facsimile:  (904) 798-3730

    Attorneys for Alexander G. Smith, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or by United States mail, postage prepaid and properly addressed, this 28th day of November, 2012, to:

Jay Jonas Rubin
7327 SE 12th Circle
Ocala, FL 34480

J. Herbert Williams, Esq.
702 South Magnolia Avenue, Suite 2
Ocala, FL 34471

Alexander G. Smith, Chapter 7 Trustee
2601 University Blvd., West
Jacksonville, FL 32217

United States Trustee – JAX7
135 W. Central Blvd., Suite 620
Orlando, FL 32801

and all parties on the attached mailing matrix.

				/s/ Jacob A. Brown
				Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:11-bk-09348-JAF<br>Middle District of Florida<br>Jacksonville<br>Wed Nov 28 09:25:59 EST 2012 | Jacob A. Brown<br>50 North Laura St., Ste 2500<br>Jacksonville, FL 32202-3646 | PETER MOCKE<br>11636 DAVIS CREEK RD., E<br>JACKSONVILLE, FL 32256-3018 |
| Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE Second Avenue, Ste 1120<br>Miami, FL 33131-1605 | Jay Jonas Rubin<br>7327 SE 12th Circle<br>Ocala, FL 34480-6654 | SUNTRUST BANK, a Georgia state-chartered ban<br>Burr & Forman LLP<br>c/o Eric S. Golden, Esq.<br>200 South Orange Avenue, Suite 800<br>Orlando, FL 32801-6404 |
| SunTrust Mortgage, Inc.<br>c/o Brad W. Hissing, Esq.<br>P.O. Box 800<br>Tampa, FL 33601-0800 | The Independent Bankers' Bank<br>c/o Esther McKean, Esq.<br>P.O. Box 231<br>Orlando, FL 32802-0231 | Steven M. Vanderwilt<br>9940 Hood Road<br>Jacksonville, Fl 32257-1134 |
| Alexander Domijan Jr.<br>171 Middlesex Road<br>Buffalo, NY 14216-3542 | American InfoSource LP as agent for<br>First Data Global Leasing<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Andrew A Piniero, Esq.<br>4600 Military Trail<br>Suite 212<br>Jupiter, FL 33458-4812 |
| Ann B. Curtis<br>171 Middlesex Road<br>Buffalo, NY 14216-3542 | CenterState Bank<br>P.O.Box 2900<br>Ocala, FL 34478-2900 | Centerstate Bank<br>60 SW 17th Street<br>Ocala, FL 34471-8142 |
| Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Cheryl Vongunten<br>8215 SW 72nd Place<br>Gainesville, FL 32608-8425 | Christa Schroeder<br>500 Sundance Trail<br>Vero Beach, FL 32963-3924 |
| Colson Services Corp<br>P.O. Box 1289<br>New York, NY 10274-1289 | Curtis Vongunten<br>8215 SW 72nd Place<br>Gainesville, FL 32608-8425 | Esther McKean, Esq.<br>P.O. Box 231<br>Vero Beach, FL 32961-0231 |
| Extreme Impact Shutter<br>6855 Woodmere Road<br>Sebastian, FL 32958-4612 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Entersport Amusement<br>12115 NW 1st Lane<br>Gainesville, FL 32607-1123 |
| Holly Rubin<br>7327 SE 12th Circle<br>Ocala, FL 34480-6654 | Independent Bankers Bk of FL<br>615 Crescent Executive Court<br>Lake Mary, FL 32746-2123 | Lester Burkett<br>1311 NW 76th Blvd<br>Gainesville, FL 32606-6845 |
| Marion County Tax Collector<br>P.O. Box 970<br>Ocala FL 34478-0970 | REGIONS BANK, N.A.<br>1700 SE 17th Street<br>Ocala, FL 34471-4604 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |

| | | |
|---|---|---|
| Regions Bank<br>1900 5th Ave No, 26th Floor<br>B'ham, AL 35203-2669 | Regions Bank<br>Ocala Main Office<br>1700 SE 17th Street<br>Ocala, FL 34471-4604 | Robert A. Goldman, Esq.<br>P.O. Drawer 6<br>Stuart, FL 34995-0006 |
| Robert Tuke<br>5120 NE 82nd Court<br>Ocala, FL 34482 | Roberto & Valentina Putzeys<br>3530 SW 24th Ave Rd<br>Ocala, FL 34471-7712 | Ronald & Phyllis Ewers<br>525 SE 22nd Ave<br>Ocala, FL 34471 |
| Schroeder, LLC<br>6855 Woodmere Road<br>Sebastian, FL 32958-4612 | Small Business Admin<br>P.O. Box 740192<br>Atlanta, GA 30374-0192 | Stephen Spivey, P.A.<br>230 NE 25th Ave<br>Ste 200<br>Ocala, FL 34470-9008 |
| Stonegate Bank<br>3555 Military Trail<br>Jupiter, FL 33458-2779 | SunTrust Bank<br>200 South Orange Avenue, 5th Floor<br>Orlando, FL 32801-3495 | SunTrust Mortgage, Inc.<br>Bankruptcy Department RVW 3034<br>PO Box 27767 Richmond, VA 23261 |
| Suntrust Bank<br>203 E. Silver Springs Blvd.<br>Ocala, FL 34470-5813 | Suntrust Bank<br>P.O. Box 310<br>Ocala, FL 34478-0310 | TD Bank, NA<br>P.O. Box 400<br>Fort Pierce, FL 34954-0400 |
| U.S. SMALL BUSINESS ADMINISTRATION<br>LITTLE ROCK SERVICING CENTER<br>2120 RIVERFRONT DRIVE, SUITE 100<br>LITTLE ROCK, ARKANSAS 72202-1794 | United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 | Wilfredo A Ferrer, U.S. Atty<br>99 NE 4th Street<br>Miami, FL 33132-2131 |
| William Schroeder<br>500 Sundance Trail<br>Vero Beach, FL 32963-3924 | Alexander G. Smith +<br>2601 University Blvd., West<br>Jacksonville, FL 32217-2112 | Eric S Golden +<br>Burr & Forman LLP<br>200 S. Orange Avenue, Ste 800<br>Orlando, FL 32801-6404 |
| J Herbert Williams +<br>702 South Magnolia Avenue<br>Suite 2<br>Ocala, FL 34471-0987 | Jacob A Brown +<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 3100<br>Jacksonville, FL 32202-3659 | Brad W. Hissing +<br>Kass Shuler Solomon Spector Foyle et al<br>PO Box 800<br>Tampa, FL 33601-0800 |
| United States Trustee - JAX 13/7 +<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | Esther A McKean +<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 | Michael Nardella +<br>Burr & Forman, LLP<br>200 S. Orange Avenue<br>Suite 800<br>Orlando, FL 32801-6404 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

End of Label Matrix
Mailable recipients   56
Bypassed recipients    1
Total                 57