**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

RUBIN, JAY JONAS

CASE NO. 11-09348 -3F7

Debtor(s)

---

**OBJECTION TO CLAIM #6**
**AND NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

> Pursuant to Local Rule 2002-4, the Court will consider this objection to proof of claim without further notice or hearing unless a party in interest files an objection within 30 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on Alexander G. Smith, Trustee, 2601 University Boulevard West, Jacksonville, Florida 32217.
>
> If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW Alexander G. Smith, Trustee, and objects to the following claim(s):

Claim #6, filed by SUNTRUST BANK , on the ground that the security has not been liquidated or valued. (c)(d) Trustee requests that as claimant has not requested a Section 506 valuation, and claimant is content to rest upon the security, that claim 6 be allowed as a secured claim and claimant will not participate in distribution of dividends to creditors..

Alexander G. Smith, Trustee, declares under penalty of perjury pursuant to the provisions of 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge.

I HEREBY CERTIFY that on May 22, 2013 I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the U.S. Trustee and J. Herbert Williams, Esquire. I further certify that I mailed the foregoing document by first class mail to non-CM/ECF participants.

*/s/ Alexander G. Smith*
ALEXANDER G. SMITH
Fla. Bar #140323
Attorney for Trustee
2601 University Blvd. West
Jacksonville, FL 32217
(904) 733-3822

RUBIN, JAY JONAS
7327 SE 12TH CIRCLE
OCALA, FL 34480

SUNTRUST BANK
MICHAEL NARDELLA
200 SOUTH ORANGE AVENUE 5TH FLOOR
ORLANDO, FL 32801

SUNTRUST BANK
MARK A. CHANEY
POB 4418
ATLANTA, GA 30302-4418

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:
RUBIN, JAY JONAS                                              CASE NO. 11-09348 -3F7

                Debtor(s)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of Trustee's Objection to Claim(s) has been furnished to MARK A. CHANEY, by Certified Mail #716039019842_____, on May 22, 2013 by United States Postal Service.

                                             ***/s/ Alexander G. Smith***
                                             ALEXANDER G. SMITH, TRUSTEE
                                             FL. Bar ID #140323
                                             2601 University Blvd. West
                                             Jacksonville, FL 32217
                                             (904) 733-2000